UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CL

| | |
|---|---|
| MARTINEZ RODRIGUEZ, ARCADIO<br>USICE FILE No. A044-044-614<br>　　　　　　Petitioner, | )<br>)<br>)<br>) CIVIL ACTION NO. 09-465(SRC)<br>)<br>)<br>) |
| Scott WEBER, Field Office Director,<br>For Detention and Removal Services;<br>Immigration Customs Enforcement,<br>Janet Napolitano, Secretary of Homeland Security<br>and Mark FILIP, Acting Attorney General<br>of the United States,<br><br>　　　　　　Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER OF VOLUNTARY DISMISSAL OF HABEUS CORPUS**

　　IT IS ORDERED that the habeus corpus be voluntarily dismissed against all defendants in this matter in accordance with FRCVP 41.

Date 3/31/09

　　　　　　　　　　　　　　　　　　　United States District Judge

# LAW OFFICES OF
# DAVID J. KHAWAM, ESQUIRE, L.L.C.

SENTRY OFFICE PLAZA, SUITE 604
216 HADDON AVENUE
WESTMONT, NJ 08108

**Telephone:** (856) 858-1011
**Fax:** (856) 858-4674

March 26, 2009

United States District Court
District of New Jersey
Office of the Clerk
Martin Luther King, Jr. Federal Blgd &
  U.S. Courthouse
50 Walnut Street, P.O. Box 419
Newark, NJ 07101

Attn: Hon. Stanley R. Chesler, U.S.D.C.J.

**RE: Arcadio Martinez Rodriguez v. Scott Weber, et al.
    Civil Action No. 09-465 (SRC)**

Your Honor:

I am writing to request the voluntary dismissal of the habeus corpus on behalf of Mr. Martinez. The attorney, David Cheng of the Department of Homeland Security, United States Immigration and Customs Enforcement filed an appeal with the Board of Immigration Appeals. The Board of Immigration Appeals dismissed the appeal.

Mr. Martinez was released from custody on March 23, 2009. Therefore, we have no further need of the habeus corpus.

I have enclosed an Order for your signature.

Respectfully submitted,

David J. Khawam, Esquire

cc: US Attorney General
    Thomas Hussey, Esq.